United States District Court
Southern District of Texas
**ENTERED**
May 21, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| ISAMAR LOVO, INDIVIDUALLY AND AS NEXT FRIEND OF G.L., **Plaintiff,** | § § § § | |
| **v.** | § § | CIVIL ACTION NO. 7:23-cv-00094 |
| SAM'S EAST, INC., **Defendant.** | § § | |

## ORDER APPROVING – APPOINTEE'S FEES AND PAYMENT

On the 27th day of February 2025, Zachary T. Ramon (State Bar No. 24138020), was appointed in the above referenced cause as **Guardian Ad Litem (DOC 37)**.

The Court APPROVES payment to the appointee in the amount of $ 6,000.00.

Payment is to be made from the Defendant.

If fees exceed $1,000 indicate the number of billed hours and billed expenses.

| Billed Hours | Billed Expenses |
|---|---|
| 20.2 | Zero |

Signed this 21st day of May, 2025.

_____
HON. MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE